District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA CABELLO GARCIA, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | No. 3:22cv5984<br><br>**ORDER** |

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time ("Motion").

Upon consideration of the Motion and for good cause shown, the Motion is granted.

IT IS HEREBY ORDERED that the time for Defendants to answer or otherwise respond to the Complaint in this action is extended from February 21, 2023, to and including February 28, 2023, and

IT IS HEREBY FURTHER ORDERED that the time for Defendants to oppose Plaintiff's Motion for Class Certification, Dkt. 8, and to Plaintiff's Motion for Preliminary Injunction, Dkt.

//

//

9, is extended from March 2, 2023, to and including March 9, 2023.

IT IS SO ORDERED.

Dated this 21st day of February 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge